# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6026
Owner: Noel Garcia, *et al*.
Acreage: 1.067

**Being** a 1.067 acre (46,482 square feet) parcel of land, more or less, being out of the Juan B. Villareal Survey, Abstract No. 183, Porción 75, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of called 4.66 acre tract conveyed to Guillerma Garza de Villarreal by Certified Copy of Decree recorded in Volume 52, Page 4, Deed Records of Starr County, Texas (Tract No. 80, Share 25), being the same tract conveyed to Juan M. Villarreal and Lucia V. Garcia by Warranty Deed recorded in Volume 254, Page 266, Deed Records of Starr County, Texas and being the same tract conveyed to Noel Garcia by Warranty Deed recorded in Volume 1197, Page 324, Official Records of Starr County, Texas, said parcel of land being more particularly described
by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the southwest corner of the 4.66 acre tract and the southeast corner of a called 8.67 acre tract conveyed to the State of Texas by Final Summary Judgement-Cause No. DC-09-426 recorded in Volume 1331, Page 51, Official Records of Starr County, Texas, said point being in the north line of a called 131.63 acre tract conveyed to Jose Manuel Villarreal and Armandina B. Villarreal by Special Warranty Deed recorded in Volume 1498, Page 760, Official Records of Starr County, Texas (Tract II), said point having the coordinates of N=16659473.622, E=861927.435, said point bears S 86°06'53" E, a distance of 6344.34' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** N 09°30'25" E (S 09°15'00" W, Record), departing the north line of the 131.63 acre tract, with the west line of the 4.66 acre tract and the east line of the 8.67 acre tract, for a distance of 360.11' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6025-3=6026-1" for the **Point of Beginning** and southwest corner of Tract RGV-RGC-6026, said point being in the west line of the 4.66 acre tract and the east line of the 8.67 acre tract, said point having the coordinates of N=16659828.783, E=861986.913;

**Thence:** N 09°30'25" E (S 09°15'00" W, Record), continuing with the west line of the 4.66 acre tract and the east line of the 8.67 acre tract, for a distance of 210.88' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6025-2=6026-2" for the northwest corner of Tract RGV-RGC-6026, said point being in the west line of the 4.66 acre tract and the east line of the 8.67 acre tract;

**Thence:** departing the east line of the 8.67 acre tract, over and across the 4.66 acre tract, the following courses and distances:

## SCHEDULE C (Cont.)

- S 83°14'09" E, for a distance of 16.63' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6026-3" for an angle point in the north line of Tract RGV-RGC- 6026;

- S 56°23'29" E, for a distance of 212.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6026-4" for the northeast corner of Tract RGV-RGC-6026, said point being in the east line of the 4.66 acre tract and the west line of a called 148.715 acre tract conveyed to E&S River Farm, LTD. by Warranty Deed recorded in Volume 1190, official Records of Starr County, Texas (Tract III);

**Thence:** S 08°29'00" W (N 09°15'00" E, Record), with the east line of the 4.66 acre tract and the west line of the 148.715 acre tract, for a distance of 220.90' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6026-5" for the southeast corner of Tract RGV-RGC-6026, said point being in the east line of the 4.66 acre tract and the west line of the 148.715 acre tract;

**Thence:** N 56°23'29" W, departing the west line of the 148.715 acre tract, over and across the 4.66 acre tract, for a distance of 234.91' to the **Point of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-RGC-6026
Owner:  Noel Garcia, *et al*.
Acreage:  1.067

## SCHEDULE D (Cont.)

### LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- △ CONTROL POINT
- ⊙ FOUND MONUMENT
- DRSC DEED RECORDS OF STARR COUNTY
- IPF 1" IRON PIPE FOUND
- IRF 1/2" IRON ROD FOUND
- ORSC OFFICIAL RECORDS OF STARR COUNTY
- PG PAGE
- POB POINT OF BEGINNING
- POC POINT OF COMMENCING
- PRSC PLAT RECORDS OF STARR COUNTY
- VOL VOLUME

——————— ACQUISITION BOUNDARY
—·—·—·— ADJOINING ACQUISITION BOUNDARY
~~~~~~~ BRUSH/VEGETATION
———PL——— PROPERTY LINE
—x—x—x— WIRE FENCE
(#) SEE SHEET 5

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 86°06'53" E | 6344.34' | N/A | N/A |
| L2 | N 09°30'25" E | 360.11' | S 09°15'00" W | N/A |
| L3 | N 09°30'25" E | 210.88' | S 09°15'00" W | N/A |
| L4 | S 83°14'09" E | 16.63' | N/A | N/A |
| L5 | S 56°23'29" E | 212.39' | N/A | N/A |
| L6 | S 08°29'00" W | 220.90' | N 09°15'00" E | N/A |
| L7 | N 56°23'29" W | 234.91' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16659828.783 | 861986.913 | RGV-RGC-6025-3=6026-1 |
| 2 | 16660036.763 | 862021.743 | RGV-RGC-6025-2=6026-2 |
| 3 | 16660034.805 | 862038.253 | RGV-RGC-6026-3 |
| 4 | 16659917.241 | 862215.143 | RGV-RGC-6026-4 |
| 5 | 16659698.756 | 862182.555 | RGV-RGC-6026-5 |
| 6 | 16659473.622 | 861927.435 | POC RGV-RGC-6026 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

| Drawing SHEET 4 OF 6 | METES & BOUNDS SURVEY THE UNKNOWN HEIRS OF BENITO VILLARREAL, ET AL TRACT No. RGV-RGC-6026 STARR COUNTY TEXAS | Mark Description Date Appr | | BY DATE Drawn LMK 1/20 Checked LMK 1/20 Surveyor JDB 1/20 Fld.Bk. # |  |
|---|---|---|---|---|---|

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001
TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10183942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



MDS PROJ. NO. 18-200-00   FILE NAME: RGV-RGC-6026   DATE: 1/31/2020

## SCHEDULE D (Cont.)

⟨1a⟩
NOEL GARCIA
CALLED 4.66 ACRES
WARRANTY DEED
VOL. 1197, PG. 324 ORSC
(TRACT No. 80, SHARE 25)

JUAN M. VILLARREAL
& LUCIA V. GARCIA
WARRANTY DEED
VOL. 254, PG. 266 DRSC

GUILLERMA GARZA DE VILLARREAL
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 80, SHARE 25)

REMAINING AREA: 2.314 ACRES

⟨1b⟩
NOEL GARCIA
CALLED 4.66 ACRES
WARRANTY DEED
VOL. 1197, PG. 324 ORSC
(TRACT No. 80, SHARE 25)

JUAN M. VILLARREAL
& LUCIA V. GARCIA
WARRANTY DEED
VOL. 254, PG. 266 DRSC

GUILLERMA GARZA DE VILLARREAL
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 80, SHARE 25)

REMAINING AREA: 1.559 ACRES

⟨2⟩
STATE OF TEXAS
CALLED 8.67 ACRES
FINAL SUMMARY JUDGMENT
CAUSE No. DC-09-426
VOL. 1331, PG. 51 ORSC
(TRACT No. 81, SHARE 30)

⟨6⟩
JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
CALLED 131.63 ACRES
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 ORSC
(TRACT II)

⟨3⟩
ADAN GARCIA & IDALIA GARCIA
CALLED 4.61 ACRES
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 1515, PG. 100 ORSC

LAZARO RODRIGUEZ
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 82, SHARE 15)

⟨7⟩
E & S RIVER FARM, LTD.
CALLED 148.715 ACRES
WARRANTY DEED
VOL. 1190, PG. 762 ORSC
(TRACT III)

⟨4⟩
LUZ RODRIGUEZ, ET AL
CALLED 13.79 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 83, SHARE 19)

JESUS L. VILLARREAL
WARRANTY DEED
VOL. 225, PG. 479 DRSC

JOSE MANUEL VILLARREAL
GIFT DEED
VOL. 970, PG. 56 ORSC

JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
SPECIAL WARRANTY DEED
VOL. 1498, PG. 760 ORSC
(TRACT I)

⟨5⟩
MANUEL P. GUILLEN
REMAINDER OF
CALLED 8.84 ACRES
WARRANTY DEED
VOL. 178, PG. 230 DRSC
VOL. 178, PG. 231 DRSC
VOL. 437, PG. 265 DRSC
VOL. 510, PG. 325 ORSC

STEPHEN M. GUILLEN
AFFIDAVIT OF HEIRSHIP
VOL. 1024, PG. 333 ORSC
VOL. 1045, PG. 835 ORSC

⟨9⟩
FLORENCIA HERNANDEZ DE GARZA
CALLED 1.34 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 78, SHARE 39)

⟨10⟩
DIONICIO CRUZ
& FELIPA GARZA DE CRUZ
CALLED 1.33 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 75, SHARE 2)

⟨14⟩
LOT 6
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨18⟩
LOT 2
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨11⟩
GUILLERMA GARZA DE VILLARREAL
CALLED 1.46 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 74, SHARE 25)

⟨15⟩
LOT 5
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨19⟩
LOT 1
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨8⟩
E & S RIVER FARM, LTD.
CALLED 67.437 ACRES
WARRANTY DEED
VOL. 1190, PG. 762 ORSC
(TRACT II)

⟨12⟩
T-MOBILE WEST TOWER LLC.
MEMORANDUM OF FIRST AMENDMENT
TO SITE LEASE W/ OPTION
VOL. 1412, PG. 281 ORSC
(ANTENNA TRACT)

⟨16⟩
LOT 4
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨17⟩
LOT 3
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨13⟩
LOT 9
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨20⟩
JOSE MANUEL VILLARREAL
& ARMANDINA B. VILLARREAL
CALLED 1.90 ACRES
DEED OF TRUST
INST. No. 2019-353379 ORSC
(PARCEL 8)

⟨23⟩
ISABEL CRUZ DE CRUZ
CALLED 1.19 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 77, SHARE 3)

⟨21⟩
MANUEL RODRIGUEZ
CALLED 8.06 ACRES
PARTITION AGREEMENT
VOL. 425, PG. 528 DRSC
(PARCEL No. TWENTY)

ALFREDO G. RODRIGUEZ, ET AL
TRUST TRANSFER DEED
VOL. 1429, PG. 498 ORSC
(THIRD TRACT)

JUAN MANUEL CORTEZ JR., ET AL
WARRANTY DEED OF GIFT
INST. No. 2018-345442 ORSC
(PARCEL No. 20)

⟨24⟩
MAXIMO CRUZ, ET AL
CALLED 1.05 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 76, SHARE 4)

⟨22⟩
LOT 1
CALLED 5.00 ACRES
THE BUD SUBDIVISION
VOL. 3, PG. 443 PRSC

⟨25⟩
EPITACIO HERNANDEZ
CALLED 1.89 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(TRACT No. 73, SHARE 35)

⟨26⟩
LOT 8
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

⟨27⟩
LOT 7
VILLA DEL RIO SUBDIVISION
PHASE I
VOL. 3, PG. 467 PRSC

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

Drawing Ref. No. / SHEET 5 OF 6

**METES & BOUNDS SURVEY**
THE UNKNOWN HEIRS OF BENITO VILLARREAL, ET AL
**TRACT No. RGV-RGC-6026**
STARR COUNTY                                    TEXAS

Drawn LMK 1/20
Checked LMK 1/20
Surveyor JDB 1/20
Fld.Bk. #

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10183942



B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-6026    DATE: 1/31/2020

## SCHEDULE D (Cont.)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-6026
Owner: Noel Garcia *et al*.
Acreage: 1.067

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Warranty Deed dated June 13, 2008, recorded June 13, 2008, Document No. 2008-275469, Book 1197, Page 324, Official Records, Starr County, Texas; Warranty Deed dated March 14, 1960, recorded March 22, 1960, Document No. 1960-52777, Book 254, Page 266, Deed of Records, Starr County, Texas; and Certified Copy of Final Decree of Partition – Cause No. 806 dated April 21, 1925, recorded August 31, 1925, Document No. 1925-806, Book 52, Page 4, Deed of Records, Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIFTEEN THOUSAND SIX, HUNDRED NINE DOLLARS AND NO/100 ($15,609.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Noel Garcia** <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇ <br> Rio Grande City, TX ▇▇▇ | **RGV-RGC-6026** <br> Warranty Deed; Document # 2008-275469; Recorded June 13, 2008, Deed Records of Starr County |
| **The Estate of Juan M. Villarreal, Deceased** | Warranty Deed; Document # 1960-52777; Recorded March 23, 1960; Deed Records of Starr County |
| **The Estate of Lucia V. Garcia, Deceased** <br> **c/o Noel Garcia** <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇ <br> Rio Grande City, TX ▇▇▇ | Warranty Deed; Document # 1960-52777; Recorded March 23, 1960; Deed Records of Starr County |
| **Ameida Salinas** <br> Starr County Tax Assessor-Collector <br> 100 N. FM 3167, Suite 201 <br> Rio Grande City, TX 78582 | |