United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-246 |
| § | |
| 1.067 ACRES OF LAND, MORE OR LESS, *et al*, § § § | |
| Defendants. § | |

## ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for video status conference utilizing Zoom on April 7, 2021, at 9**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED March 4, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge